**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **C4CAST.COM, INC.,**<br><br>**Plaintiff**<br>**V.**<br><br>**DELL INC. *et al*.,**<br><br>**Defendants.** | **2:12-CV-271**<br><br>**Consolidated**<br><br>**Lead Case** |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between plaintiff, c4cast.com, Inc., and defendant Dell Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, c4cast.com, Inc., and defendant Dell Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 4th day of September, 2013.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE